Daniel J. Mulligan (Cal. State Bar No. 103129)
**JENKINS MULLIGAN & GABRIEL LLP**
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131
Telephone: 415-982-8500
Facsimile:  415-982-8515

Peter B. Fredman (Cal. State Bar No. 189097)
**LAW OFFICE OF PETER FREDMAN**
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorney for Plaintiff MARIE GAUDIN,
for herself and persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>SAXON MORTGAGE SERVICES, INC. a Texas corporation,<br><br>             Defendant. | Case No. CV 11-1663(RS)<br><br>**CLASS ACTION**<br><br>STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS, INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES<br><br>**Current Date: June 30, 2011**<br><br>**Current Time: 1:30 p.m.** |

WHEREAS,

1. This action was filed on April 6, 2011.

2. On May 3, 2011, this action was assigned to the Hon. Richard Seeborg, with an Initial Case Management Conference set for July 14, 2011, and related pre-conference deadlines.

3. The parties agreed to extend Defendant's time to respond to the complaint from May 12, 2011 to May 20, 2011.

4. On May 20, 2011, Defendant filed a motion to dismiss with a hearing date set for June 30, 2011.

5. Plaintiff's counsel have conflicts with the hearing date and resulting briefing schedule, and have requested a three week continuance of the hearing date and briefing schedule.

6. Defendant has agreed to a continuance of the hearing date, and to extend Plaintiff's time to respond to Defendant's motion to dismiss from June 9, 2011 to June 30, 2011.

7. The Initial Case Management Conference should be continued as well so that it occurs after the hearing on the Motion to Dismiss.

THEREFORE, the parties hereby stipulate and jointly request an order as follows:

1. That the hearing on the Motion To Dismiss be continued for three weeks, from June 30, 2011 to July 21, 2011 (or thereafter according to the Court's calendar), with the briefing schedule for the Motion To Dismiss to be based on the new hearing date.

2. That the Initial Case Management Conference be continued for two weeks, from June 14, 2011 to ~~July 28,~~ August 25, 2011 (or thereafter according to the Court's calendar), with all associated deadlines continued accordingly.

IT IS SO STIPULATED

DATE:  June 1, 2011

JENKINS MULLIGAN & GABRIEL LLP
LAW OFFICE OF PETER FREDMAN

By: /s/ Peter Fredman
PETER FREDMAN,
Attorneys for Plaintiff,
MARIE GAUDIN

DATE: June 1, 2011

SEVERSON & WERSON
BINGHAM MCCUTCHEN LLP

By: /s/ Regina J. McClendon

Attorneys for Defendant,
SAXON MORTGAGE SERVICES, INC.

IT IS SO ORDERED

1. The hearing on the Motion to Dismiss is continued to July 21, 2011 at 1:30 p.m.
2. The Initial Case Management Conference is continued to August 25, 2011 at 10:00 a.m.
3. All associated deadlines are continued accordingly.

Dated: 6/1/11                    _____

Hon. Richard Seeborg

United States District Court Judge