1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  JEFFREY Q. SMITH (*not yet admitted pro hac vice*)
   jqsmith@bingham.com
7  LAILA ABOU-RAHME (*not yet admitted pro hac vice*)
   laila.abou-rahme@bingham.com
8  JEANETTE V. TORTI (*not yet admitted pro hac vice*)
   jeanette.torti@bingham.com
9  BINGHAM McCUTCHEN LLP
   399 Park Avenue
10 New York, NY  10022
   Telephone:  (212) 705-7000
11 Facsimile:  (212) 752-5378

12 Attorneys for Defendant
   SAXON MORTGAGE SERVICES, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| 17 MARIE GAUDIN, individually, and on behalf of others similarly situated, | Case No.: 3:11-cv-01663 RS |
|---|---|
| 18 Plaintiffs, | **CLASS ACTION** |
| 19 vs. | [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| 20 SAXON MORTGAGE SERVICES, INC., a Texas corporation, | |
| 21 | |
| 22 Defendant. | |
| 23 | Complaint filed: 04/06/2011 |

27    Pursuant to the parties' stipulation, and good cause appearing, it is ordered that:

28    1.  The hearing on the Motion to Dismiss is continued to July 28, 2011 at 1:30 p.m.

1
2        2.  The Initial Case Management Conference is continued to September 8, 2011 at 10:00 a.m.
3        3.  All associated deadlines are continued accordingly.
4    IT IS SO ORDERED.
5
6    Dated: 6/29/11                                                     _____
                                                                        District Court Judge
7

- 2 -

12015/0008/936687.1                                          [PROPOSED] ORDER
                                                             Case No.: 3:11-cv-01663 RS