

Clerk's Use Only

Initial for fee pd.:

Laila Abou-Rahme
Bingham McCutchen, LLP, 399 Park Ave., NY, NY 10022
Tel: 212.705.7646

FILED

FILED

2011 JUL 27 P 2: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Marie Gaudin, individually and on behalf
of others similarly situated,

Plaintiff(s),

v.

Saxon Mortgage Services, Inc.

Defendant(s).                    /

**CASE NO.** 3:11-cv-01663-RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,       Laila Abou-Rahme              , an active member in

good standing of the bar of       Southern District of New York               , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing      Defendant Saxon Mortgage      in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.      An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

John B. Sullivan & Regina J. McClendon, Severson & Werson, P.C.
One Embarcadero Ctr., Ste. 2600, San Francisco, CA 94111 T: (415) 398-3344

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2011

Laila Abou-Rahme