*E-Filed 7/22/11*

RECEIVED
2011 JUL 21 P 2:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Marie Gaudin, on behalf of herself and others similarly situated,

Plaintiff,

v.

Saxon Mortgage Services, Inc.

Defendant.

CASE NO. 3:11-cv-01663-RS

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Laila Abou-Rahme , whose business address and telephone number is

Bingham McCutchen LLP
399 Park Avenue, New York, N.Y. 10022
Tel.: 212.705.7646

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Saxon Mortgage Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/22/11

_____
Hon. Richard Seeborg
United States District Judge