*E-Filed 7/22/11*

JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

JEFFREY Q. SMITH (*not yet admitted pro hac vice*)
jqsmith@bingham.com
LAILA ABOU-RAHME (*not yet admitted pro hac vice*)
laila.abou-rahme@bingham.com
JEANETTE V. TORTI (*not yet admitted pro hac vice*)
jeanette.torti@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>        Defendant. | Case No.:  3:11-cv-01663 RS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER REGARDING FURTHER BRIEFING ON MOTION TO DISMISS**<br><br>Complaint filed: 04/06/2011 |

Pursuant to the stipulation of the parties, and good cause appearing, the Court orders as follows:

1. Saxon Mortgage Services, Inc. ("Saxon") shall file its supplemental brief addressing the standing issue raised in the Court's July 11, 2011 Order no later than July 26, 2011.  Saxon's brief shall not exceed three pages.

---

12015/0008/944345.1

[~~PROPOSED~~] ORDER REGARDING FURTHER BRIEFING
Case No.:  3:11-cv-01663 RS

2. Plaintiff shall have until August 4, 2011 to respond to Saxon's supplemental brief.

3. The hearing on Saxon's motion to dismiss [will proceed as scheduled on August 11, 2011] or [is continued to _____.]

IT IS SO ORDERED.

Dated: __7/22/11_____     _____
                                RICHARD SEEBORG
                                United States District Court Judge