JOHN B. SULLIVAN (State Bar No. 96742)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

JEFFREY Q. SMITH (*not yet admitted pro hac vice*)
LAILA ABOU-RAHME (*Pro Hac Vice*)
laila.abou-rahme@bingham.com
JEANETTE V. TORTI (*Pro Hac Vice*)
jeanette.torti@bingham.com
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>          Defendant. | Case No.:  3:11-cv-01663-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br> AS MODIFIED BY THE COURT<br>Date:          September 8, 2011<br>Time:          10:00 a.m.<br>Department:  Courtroom 3 |

WHEREAS,

1.     This action was filed on April 6, 2011.

---

1

Stipulation and ~~Proposed~~ (Order) Continuing Initial Case
Management Conf. and Related Deadlines, Case 3:11-cv-01663-RS

2. On May 3, 2011, this action was assigned to the Hon. Richard Seeborg, with an Initial Case Management Conference set for July 14, 2011, and related pre-conference deadlines.

3. The parties agreed to extend Defendant's time to respond to the Complaint from May 12, 2011 to May 20, 2011.

4. On May 20, 2011, Defendant filed a Motion to Dismiss with a hearing date set for June 30, 2011.

5. The parties agreed to extend Plaintiff's time to respond to the Motion to Dismiss from June 9, 2011 to June 30, 2011.

6. On June 1, 2011, the Court signed an Order granting the parties' request for a continuance of the hearing date from June 30, 2011 to July 21, 2011, and continuing the Initial Case Management Conference from June 14, 2011 to August 25, 2011, with all associated deadlines continued accordingly.

7. The parties agreed to extend Defendant's time to reply to Plaintiff's Opposition to the Motion to Dismiss from July 7, 2011 to July 14, 2011.

8. On June 29, 2011, the Court signed an Order granting the parties' request for a continuance of the hearing date from July 21, 2011 to July 28, 2011, and continuing the Initial Case Management Conference from August 25, 2011 to September 8, 2011, with all associated deadlines continued accordingly.

9. On August 10, 2011, the Clerk of Court issued a Notice vacating the motion hearing scheduled for August 11, 2011.

10. On August 22, 2011, the Court issued an Order Granting Defendant's Motion to Dismiss, With Leave to Amend ("Order") within 20 days of the Order.

11. Plaintiff intends to file an Amended Complaint by September 12, 2011, and Defendant intends to file a Motion to Dismiss the Amended Complaint by September 26, 2011.

12. The Initial Case Management Conference should be continued so that it occurs after Defendant's Motion to Dismiss the Amended Complaint has been heard and decided.

THEREFORE, the parties hereby stipulate and jointly request an order as follows:

1. That the Initial Case Management Conference be continued from September 8, 2011, ~~until after Defendant's Motion to Dismiss the Amended Complaint has been heard and decided, with all associated deadlines continued accordingly.~~ TO NOVEMBER 3, 2011 AT 10:00 A.M. THE PARTIES SHALL FILE A JOINT STATEMENT ONE WEEK PRIOR TO THE CONFERENCE.

IT IS SO STIPULATED.

DATE: August 26, 2011        SEVERSON & WERSON
                             BINGHAM MCCUTCHEN LLP

                             By: /s/ Erik Kemp

                                Attorneys for Defendant,
                                Saxon Mortgage Services, Inc.


                             JENKINS MULLIGAN & GABRIEL LLP
DATE:  August 26, 2011       LAW OFFICE OF PETER FREDMAN

                             By: /s/ Peter Fredman

                                Attorneys for Plaintiff,
                                Marie Gaudin, individually and on
                                behalf of others similarly situated

Attestation:  I, Erik Kemp, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Peter Fredman has concurred in the e-filing of this document.

By:   /s/   *Erik Kemp*

IT IS SO ORDERED.

1. The Initial Case Management Conference is continued to __November 3, 2011 AT 10:00 A.M.__

2. All associated deadlines are continued accordingly.

Dated: __8/31/11__        _____
                          Hon. Richard Seeborg
                          United States District Court Judge