1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   JEFFREY Q. SMITH (not yet admitted *Pro Hac*
8  *Vice*)
   jqsmith@bingham.com
9  LAILA ABOU-RAHME (*Pro Hac Vice*)
   laila.abou-rahme@bingham.cm
10 JEANETTE V. TORTI (*Pro Hac Vice*)
   jeanette.torti@bingham.com
11 BINGHAM McCUTCHEN LLP
   399 Park Avenue
12 New York, NY  10022
   Telephone: (212) 705-7000
13 Facsimile: (212) 752-5378

14 Attorneys for Defendant SAXON MORTGAGE
   SERVICES, INC.
15

16               UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  MARIE GAUDIN, individually, and on behalf of others similarly situated, | Case No. 3:11-cv-01663 RS |
| 20 | **CLASS ACTION** |
| 21              Plaintiff, | **ADDENDUM TO STIPULATION AND (~~PROPOSED~~) ORDER GOVERNING** |
| 22       vs. | **CONFIDENTIALITY OF DISCOVERY MATERIAL** |
| 23  SAXON MORTGAGE SERVICES, INC., a Texas corporation, | |
| 24              Defendant. | Complaint filed: 04/26/2011 |
| 25 | |

26       IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Marie Gaudin and

27  her undersigned counsel, and Defendant Saxon Mortgage Services, Inc. and its undersigned

28  counsel (each a "Party," and collectively, the "Parties"), pursuant to Rule 26(c) of the Federal

1   Rules of Civil Procedure and Rule 502 of the Federal Rules of Evidence, that:

2          1.      This Addendum to the Stipulation and (Proposed) Order Governing Confidentiality

3   of Discovery Material shall supplement the original Stipulated Protective Order for Standard

4   Litigation executed by the Parties on February 2, 2012, and entered by the Court on May 9, 2012,

5   docket entry 57 (together, the "Protective Order").

6          2.      Any Party may designate any documents, electronically stored information or other

7   information produced by such Party in connection with discovery in this litigation (collectively,

8   "Discovery Material"), as "Confidential" (referred to as "Confidential Material" herein) if, in good

9   faith, the Party producing the Discovery Material (the "Producing Party") believes:

10                 a.      the material contains non-public, proprietary or commercially sensitive

11                         information;

12                 b.      the material requires the protections provided in this Protective Order to

13                         prevent unreasonable annoyance, expense, embarrassment, disadvantage or

14                         prejudice to any person or entity;

15                 c.      the material contains personally identifying information of any individual,

16                         including but not limited to social security numbers and financial account

17                         numbers;

18                 d.      any "Nonparty Borrower Information," which for purposes of this

19                         Protective Order shall mean any document that constitutes "nonpublic

20                         personal information" within the meaning of the Gramm Leach Bliley Act,

21                         15 U.S.C. § 6802, et seq., and its implementing regulations, including but

22                         not limited to any portion of a mortgage loan file or servicing record or

23                         other document which includes financial information for any person

24                         (including any credit history, report or score obtained on such a person to

25                         determine the individual's eligibility for credit) together with personally

26                         identifiable information with respect to such person, including name,

27                         address, social security number, loan number, telephone number, place or

28                         position of work;

e.    documents or data which may constitute "consumer reports" as that term is defined in the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.;

f.    extracts and summaries of information described in subparagraph (d) that disclose any financial or credit information for any person together with personally identifiable information with respect to such person, which extracts and summaries shall also be considered Nonparty Borrower Information; or

g.    any other category of information hereinafter given confidential status by the Court.

3.    Confidential Material, information derived therefrom or any other documents or materials reflecting or disclosing any Confidential Material may only be used in this litigation and shall not be used for any other purpose.  In addition to the protection provided to materials deemed Confidential pursuant to this Protective Order, the Parties understand and recognize that there are various obligations relating to the disclosure and use of Nonparty Borrower Information arising from various federal and state laws, including without limitation, the Gramm Leach Bliley Act, 15 U.S.C. § 6802, et seq. and the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., and shall abide by all such federal and state laws applicable to them.

4.    To the extent any federal or state law governing the disclosure and use of Nonparty Borrower Information permits such disclosure only as required by an order of a court, the Producing Party's production of Nonparty Borrower Information in accordance with this Protective Order shall satisfy and constitute compliance with such requirement.  To the extent any such laws require a producing party to give notice to the subject of any Nonparty Borrower Information prior to disclosure, the Court finds that there is good cause to excuse such requirement.  Any Producing Party may take such additional actions, or seek additional orders from this Court, which such Party believes may be necessary to comply with any federal or state laws governing the disclosure of Nonparty Borrower Information.

/ / /

/ / /

/ / /

DATED:  May 3, 2012                    JENKINS MULLIGAN & GABRIEL LLP


                                       By:    /s/   Daniel J. Mulligan
                                              Daniel J. Mulligan (SBN 103129)
                                       10085 Carroll Canyon Road, Suite 210
                                       San Diego, CA 92131
                                       Telephone: (415) 982-8500; dan@jmglawoffices.com

DATED:  May 3, 2012                    LAW OFFICE OF PETER FREDMAN


                                       By:    /s/   Peter B. Fredman
                                              Peter B. Fredman (SBN 189097)
                                       125 University Avenie. Suite 102
                                       Berkeley, CA 94710
                                       Telephone: (510) 868-2626; peter@peterfredmanlaw.com

                                       Attorneys for Plaintiff Marie Gaudin, for herself and
                                       persons similarly situated


DATED:  May 3, 2012                    BINGHAM MCCUTCHEN LLP


                                       By:    /s/   Jeanette V. Torti
                                              Jeanette V. Torti


DATED:  May 10, 2012                   SEVERSON & WERSON
                                       aProfessional Corporation


                                       By:    /s/   Erik Kemp
                                              Erik Kemp

                                       Attorneys for Defendant Saxon Mortgage Services, Inc.

        I, Erik Kemp, am the ECF user whose identification and password are being used to file

this Addendum To Stipulation and (Proposed) Order Governing Confidentiality of Discovery

Material.  I hereby attest that Daniel J. Mulligan, Peter B. Fredman, and Jeanette V. Tori have

concurred in this filing.

        /s/ Erik Kemp

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED:   5/10/12                              _____

4                                                              RICHARD SEEBORG
                                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADDENDUM TO STIPULATION AND (PROPOSED) ORDER RE DISCOVERY CONFIDENTIALITY