UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>Defendant. | Case No.: 3:11-cv-01663-RS<br><br>**CLASS ACTION**<br><br>(~~PROPOSED~~) **ORDER CONTINUING HEARING DATE ON MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES** |

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. Plaintiff shall file her Motion for Class Certification by April 15, 2013.
2. Saxon shall file its opposition by May 30, 2013.
3. Plaintiff shall file her reply by June 14, 2013.

The Motion shall be heard on Thursday, June 20, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 12/4/12

_____
Hon. Richard Seeborg
United States District Court Judge

---

7
Stipulation and (~~Proposed~~) Order Continuing Hearing Date on
Motion for Class Certification and Related Deadlines

12015.0008/2486674.1 A/75269268.4