# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>Defendant. | Case No.: 3:11-cv-01663-JST<br><br>**[PROPOSED] SEALING ORDER** |

Based on Defendant Saxon Mortgage Services, Inc.'s ("Saxon") Administrative Motion to File Under Seal, and the Response of Plaintiff Marie Gaudin thereto, IT IS HEREBY ORDERED THAT:

1. Saxon's Administrative Motion to File Under Seal is GRANTED. The following redacted material submitted by Saxon shall remain under seal:

    a. The redactions on pages 6, 7, 8, 9, and 13 of Saxon's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Counsel, dated May 30, 2013;

    b. The redactions in paragraphs 19, 20, 24, 25, and 26 of the Declaration of Veronica Monsivais in Connection with Saxon's Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Counsel, dated May 30, 2013 ("Monsivais Cert. Declaration");

    c. Exhibit 2 to the Monsivais Cert. Declaration;

    d. Exhibit 3 to the Monsivais Cert. Declaration;

    e. Exhibit 4 to the Monsivais Cert. Declaration;

    f. Exhibit 5 to the Monsivais Cert. Declaration;

    g. Exhibit 6 to the Monsivais Cert. Declaration;

|   |   |
|---|---|
| 1 | h. The redactions on page 123 (lines 6 and 15) of Exhibit 1 to the Declaration of |
| 2 | Laila Abou-Rahme in Connection with Saxon's Opposition to Plaintiff's Motion for Class |
| 3 | Certification and Appointment of Class Counsel, dated May 30, 2013 (the "Abou-Rahme |
| 4 | Declaration"); |
| 5 | i. Exhibit 4 to the Abou-Rahme Declaration; |
| 6 | 2. Absent further Court order, no records other than those listed in paragraph 1 are to |
| 7 | be sealed. |
| 8 | 3 Saxon shall electronically file versions of the above-referenced documents that are |
| 9 | redacted in accordance with this Order. |

**IT IS SO ORDERED.**

Dated: _____                    _____

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Jon S. Tigar