Daniel J. Mulligan (State Bar No. 103129)
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Rd., Ste. 210
San Diego, CA 92131
Telephone (415) 982-8500
Facsimile: (415) 982-8515
dan@jmglawoffices.com

Peter B. Fredman (State Bar No. 189097)
LAW OFFICE OF PETER FREDMAN
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorneys for Plaintiff
MARIE GAUDIN, individually,
and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br>A Texas corporation,<br><br>   Defendants. | Case No. C 11-01663-JST<br><br>**CLASS ACTION**<br><br>REPLY DECLARATION OF PLAINTIFF MARIE GAUDIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date:  June 20, 2013<br>Hearing Time:  2 p.m.<br>Courtroom 9, 19th Floor, SF<br>Hon. Jon S. Tigar |

---

REPLY DECL. OF PLAINTIFF MARIE GAUDIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
GAUDIN VS. SAXON MORTGAGE, CASE NO. 3:11-CV-01663 JST

1    I, MARIE GAUDIN, declare as follows:

2    1.    I make this Declaration of my own personal knowledge, and if called to testify, I
3    could and would testify competently to the matters stated herein.

4    2.    I am the Plaintiff and proposed Class representative in the above entitled action.

5    3.    This declaration is in reply to the opposition to my motion for class certification.

6    4.    On or about January 28, 2010, through bankruptcy counsel John D. Raymond, Esq.,
7    I filed a petition for Chapter 13 bankruptcy, U.S. Bankruptcy Court Northern District of California
8    (San Francisco), Bankruptcy Petition No. 10-30254. All filings therein were true and correct to my
9    knowledge. The bankruptcy plan requires that I make payments through a trustee to repay my
10   creditors over time. I am making these payments.

11   5.    I did not misrepresent my income (or anything else) to Saxon in connection with my
12   efforts to obtain loan modification (or otherwise). I never told Saxon I made $54,200 a year, much
13   less that such a figure appeared my Schedule C.

14   6.    By no later than March 26, 2009, I sent Saxon my complete 2007 tax return as part
15   of a modification application package that included a hardship letter, financial statement, and bank
16   statements. Per instructions that Saxon's representative gave me on the phone, the financial
17   statement estimated future income of $5,420/mo. based on projected reductions in my business
18   expenses and exclusion of business debt, which was drowning me until my bankruptcy filing. I
19   noted this on the financial statement and in the hardship letter, the content of which was true and
20   correct. I do not recall how the precise $5,420/mo. figure was determined, but believe that Saxon's
21   representative filled in the financial statement document and sent it to me for signature.

22   7.    I re-sent my 2007 tax return to Saxon on or about May 24, 2009, the date I signed
23   the TPP and other documents in the HAMP application package, as per its instructions. A true and
24   correct copy of the form checklist I used in completing the application packages is submitted
25   herewith as **Exhibit O**.

26   8.    I obtained an extension on my 2008 tax return filing, so it did not exist until the
27   following fall of 2009.

28   //

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct. Executed this 13th day of June, 2013 at San Francisco, California.

3

4

5                                          _____
                                              MARIE GAUDIN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -