UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIE GAUDIN, individually and on behalf of others similarly situated,<br><br>        Plaintiff - Respondent,<br><br>  v.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>        Defendant - Petitioner. | No. 13-80186<br><br>D.C. No. 3:11-cv-01663-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SILVERMAN and CHRISTEN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's order, entered August 6, 2013, granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AT/MOATT