1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   JEFFREY Q. SMITH (*Pro Hac Vice pending*)
7  jqsmith@bingham.com
   LAILA ABOUT-RAHME (*Pro Hac Vice*)
8  laila.abou-rahme@bingham.cm
   BINGHAM McCUTCHEN LLP
9  399 Park Avenue
   New York, NY  10022
10 Telephone: (212) 705-7000
   Facsimile: (212) 752-5378
11
   Attorneys for Defendant SAXON MORTGAGE
12 SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>Defendant. | Case No. 3:11-cv-01663 JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO MAIL CLASS NOTICE**<br><br>Complaint filed: 04/26/2011 |

Plaintiff Marie Gaudin, on the one hand, and defendant Saxon Mortgage Services, Inc., on the other hand, hereby stipulate and request an order continuing the deadline to mail class notice in the above-entitled action. The stipulation is based on the following facts:

1. On August 5, 2013, this Court entered an order granting Gaudin's motion for class certification. *See* Dkt. no. 102.

1        2.    On November 18, 2013, this Court entered an order adopting the parties'
2 stipulation regarding the class notice plan, which sets January 10, 2014 as the tentative deadline
3 for completion of the initial notice mailing.  *See* Dkt. nos. 109, 110.
4        3.    The parties now wish to continue the deadline for the initial mailing of class notice
5 and jointly request that the Court enter an order so continuing the deadline.
6        4.    The parties have not previously requested a continuance of the deadline for the
7 initial mailing of class notice.
8        5.    This stipulation and proposed order will not alter any other deadline already fixed
9 by Court order except the deadline for class members to request exclusion, which is based on the
10 date class notice is ultimately mailed.  *See* Dkt. no. 109.
11        NOW, THEREFORE, the parties hereby stipulate that the Court vacate the January 10,
12 2014 deadline to mail class notice and continue the deadline to February 28, 2014.
13        IT IS SO STIPULATED.

14 DATED: January 9, 2014              SEVERSON & WERSON
                                       A Professional Corporation
15
16
17                                     By:      /s/ *Erik Kemp*
                                                    Erik Kemp
18
19                                     Attorneys for Defendant SAXON MORTGAGE
                                       SERVICES, INC.
20
   DATED: January 9, 2014              BINGHAM MCCUTCHEN LLP
21
22
23                                     By:      /s/ *Laila Abou-Rahme*
                                                  Laila Abou-Rahme
24
25                                     Attorneys for Defendant SAXON MORTGAGE
                                       SERVICES, INC.
26
27
28

DATED:  January 9, 2014        LAW OFFICE OF PETER FREDMAN

By:  /s/ *Peter Fredman*
         Peter Fredman

Attorneys for Plaintiff MARIE GAUDIN

I, Erik Kemp, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order to Continue Deadline to Mail Class Notice .  I hereby attest that Laila Abou-Rahme and Peter Fredman have concurred in this filing.

*/s/ Erik Kemp*

**ORDER**

It is hereby ordered that the deadline to mail initial class notice of January 10, 2014 is vacated and continued to February 28, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 10, 2014

Hon. Jon S. Tigar
United States District Court Judge

12015.0008/3049129.1         3         3:11-cv-01663 JST
Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order to Continue Deadline to Mail Class Notice