UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE GAUDIN,

    Plaintiff,

v.

SAXON MORTGAGE SERVICES, INC.,

    Defendant.

Case No. 11-cv-01663-JST

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The Court hereby SETS this matter for a case management conference September 17, 2014, at 2:00 P.M., at 450 Golden Gate Avenue, Courtroom 9, San Francisco, California, at which the Court will set the remaining deadlines in the case and a trial date. A joint case management statement containing the parties' proposed schedule (or schedules) is due no later than September 3.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
JON S. TIGAR
United States District Judge