JOHN B. SULLIVAN (State Bar No. 96742)
ERIK W. KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

LAILA ABOU-RAHME (*pro hac vice*)
laila.abou-rahme@bingham.com
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>         Defendant. | Case No.:  3:11-cv-01663-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TO CONTINUE CASE MANAGEMENT CONFERENCE ONE WEEK** |

The parties hereby stipulate and request an order continuing the case management conference from September 17, 2014 to September 24, 2014 and extending the deadline to file a case management statement from September 3, 2014 to September 10, 2014.  Good cause exists for the continuance as follows:

1. The Court first scheduled the case management conference on Friday, August 22, 2014.

2. The parties are making a good faith effort to agree to a joint proposed scheduling order, but are hindered by the relatively short notice, and vacation schedules of counsel and principals.

3. The parties believe that they will be able to submit a jointly proposed scheduling order if given the extra week to work it out. In any event, the parties believe that any residual disputes will be substantially narrowed if they are given an extra week to work it out.

4. The parties have not previously requested a continuation of the September 17, 2014 case management conference or an extension of the deadline for filing the case management statement.

IT IS SO STIPULATED.

DATED:   August 28, 2014                BINGHAM MCCUTCHEN LLP

By: _____/s/ Laila Abou-Rahme_____
         Laila Abou-Rahme

*Attorneys for Defendant,
Saxon Mortgage Services, Inc.*

LAW OFFICE OF PETER FREDMAN

By: _____/s/ Peter Fredman_____
         Peter Fredman

*Attorneys for Plaintiff,
Marie Gaudin, individually and on behalf of others similarly situated*

I, Peter Fredman, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. I hereby attest that Laila Abou-Rahme has concurred in this filing.

*/s/ Peter Fredman*

## **ORDER**

It is hereby ordered that the case management conference is continued to September 24, 2014 and the due date for the case management statement is extended to September 10, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 28, 2014



3
Stipulation and [Proposed] Order Continuing Case Management Conference