JOHN B. SULLIVAN (State Bar No. 96742)
ERIK W. KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

LAILA ABOU-RAHME (*pro hac vice*)
laila.abou-rahme@bingham.com
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation,<br><br>Defendant. | Case No.:  3:11-cv-01663-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MAILING CORRECTIVE NOTICES** |

The parties hereby stipulate and request an order extending the deadline to mail corrective notices from October 15, 2014 to November 14, 2014.  Good cause exists for the continuance as follows:

1. The parties agreed to an October 15, 2014 deadline for mailing corrective notices in the Case Management Statement filed September 10, 2014.

---
1
Stipulation and [Proposed] Order to Extend Deadline for Mailing Corrective Notices

2. The Court set the October 15, 2014 deadline for mailing corrective notices in the Scheduling Order it issued on October 9, 2014.

3. The parties agree that certain categories of persons should receive corrective notices, but concerns have arisen with respect to whether certain persons definitively fit into those categories. The parties are making a good faith effort to agree on who specifically should receive the corrective notices. The parties believe that they will be able to agree on who should receive the corrective notices if given 30 days.

4. The parties have not previously requested an extension of the deadline for mailing the corrective notices.

IT IS SO STIPULATED.

DATED:   October 14, 2014              SEVERSON & WERSON
                                       A Professional Corporation

                                       By:      /s/ Erik Kemp
                                                   Erik Kemp

                                       BINGHAM MCCUTCHEN LLP

                                       By:      /s/ Laila Abou-Rahme
                                                 Laila Abou-Rahme

                                       *Attorneys for Defendant,*
                                       *Saxon Mortgage Services, Inc.*


                                       LAW OFFICE OF PETER FREDMAN

                                       By:      /s/ Peter Fredman
                                                   Peter Fredman

                                       *Attorneys for Plaintiff,*
                                       *Marie Gaudin, individually and on behalf of*
                                       *others similarly situated*

I, Erik W. Kemp, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Extending the Deadline to Corrective Notices. I hereby attest that Laila Abou-Rahme and Peter Fredman have concurred in this filing.

*/s/ Erik Kemp*

### ORDER

It is hereby ordered that the deadline for mailing corrective notices is extended to November 14, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2014



_____
Judge