UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>        Defendant. | Case No. 11-cv-01663-JST<br><br>**ORDER NOTING ENTRY OF JUDGMENT**<br><br>Re: ECF No. 155 |

On December 11, 2015, the Court issued an order withdrawing the Judgment, ECF No. 153, in this action pending the parties' compliance with CAFA's notice requirements. ECF No. 155. The Order stated that "[i]f no objection or opposition to the settlement is received from such Federal and/or State officials by March 17, 2016, then the Judgment will be deemed entered on that date." Id. As of March 17, 2016, no objections had been filed on the docket. Accordingly, the Judgment previously entered on November 25, 2015, ECF No. 153, is deemed entered as of March 17, 2016.

The Court will schedule a Final Accounting Hearing for August 10, 2016 at 2:00 p.m. to (a) receive a report on the Class Member distribution process and/or confirm its completion, (b) approve an accounting for the settlement funds, (c) approve distributions of any residual amounts to a *cy pres* recipient(s), (d) approve release of the 20% attorney fee holdback to Class Counsel, and (e) consider and determine any other final matters pertaining to this settlement and distribution process.

///

///

///

///

Class Counsel shall file and serve a status report and, as appropriate, proposed orders at least seven days in advance of the hearing.

IT IS SO ORDERED.

Dated:  March 22, 2016

_____
JON S. TIGAR
United States District Judge