UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE GAUDIN, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br>A Texas corporation,<br><br>        Defendants. | Case No. C 11-01663-JST<br><br>**CLASS ACTION**<br><br>~~PROPOSED~~ ORDER APPROVING FINAL ACCOUNTING OF CLASS ACTION SETTLEMENT FUND, DISTRIBUTION OF RESIDUAL TO *CY PRES*, AND RELEASE OF ATTORNEY FEE HOLD-BACK TO CLASS COUNSEL<br><br>Hearing Date: February 8, 2017<br>Hearing Time: 2 p.m.<br>Courtroom 9, 19th Floor, SF<br>Hon. Jon S. Tigar |

1. The Court approves Plaintiff's final accounting for the settlement fund.

2. The Court approves The Impact Fund (www.impactfund.org) as the *cy pres* recipient, and orders the settlement administrator to distribute the fund residual to it.

3. The Court orders the settlement administrator to release the 20% attorney fee holdback to Class Counsel.

IT IS SO ORDERED

DATED: February 6, 2017

_____
Hon. Jon S. Tigar
United States District Judge